No. 96–405. KAYNE v. UNITED STATES; and
No. 96–5794. KALP v. UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 90 F. 3d 7.

No. 96–409. DROBNY ET UX. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 96–415. REPUBLICAN NATIONAL COMMITTEE ET AL. v. FEDERAL ELECTION COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 96–428. WELLER v. CITATION OIL & GAS CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–429. MICHIGAN EDUCATION ASSN.-NEA ET AL. v. BROMLEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–430. MARINE SHALE PROCESSORS, INC. v. ENVIRONMENTAL PROTECTION AGENCY. C. A. 5th Cir. Certiorari denied.

No. 96–431. BLUE DIAMOND COAL CO. v. CHATER, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–438. BOLTACH ET AL. v. DEXTER TOWNSHIP. Ct. App. Mich. Certiorari denied.

No. 96–469. ELECTRO-VOICE, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 96–470. STARZENSKI ET AL. v. CITY OF ELKHART ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–486. HARTSEL v. KEYS, MAYOR, CITY OF ELYRIA, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–497. CHARLES TAYLOR CONSTRUCTION CO. ET AL. v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.